# William H. Hippee, Jr.
## Attorney at Law
8500 Normandale Lake Boulevard, #600
Bloomington, MN 55437
Ph: 612-865-7780  Email: emdepth@yahoo.com

**EXHIBIT A**

January 8, 2009

MicroBilt Collection Agency, Inc.
1640 Airport Road, #115
Kennesaw, GA 30144

RE: AERO UPHOLSTERY                    **Sent Certified Mail, Return Receipt Requested**
REFERENCE NUMBER: 15883

Dear Sir/Madam,

I represent David C. Wald. Mr. Wald has received from you a demand for payment letter DATED December 23, 2008.

Enclosed you will find a complaint to the Better Business Bureau of Minnesota summarizing the circumstances surrounding Mr. Wald's alleged indebtedness to Aero Upholstery, owner: Steve Cossette.

You will note that Aero Upholstery did not perform the repairs agreed upon with Mr. Wald. Further, Mr. Cossette, in his collection efforts, has repeatedly made terroristic threats against Mr. Wald, involving personal and property harm. Mr. Cossette's threats have lead to the intervention of police on two separate occasions.

I hereby demand that you cease and desist from further collection efforts and take no action whatsoever that will reflect on Mr. Wald's credit. If you do not comply with this demand, Mr. Wald will pursue all available regulatory and legal remedies.

Please provide me with a written statement on how you intend to proceed with this matter.

Sincerely,

William H. Hippee, Jr.

Cc:   David Wald

**Thank you for using the Better Business Bureau's Online Complaint System.**
Your complaint has been assigned case # 57113885.
Correspondence regarding this complaint will be emailed to : wald50@comcast.net
Please print a copy of this for your records.

Filed on : January 15 2008

Filed by :
David Wald SR
9700 Waterstone Place 303A
Minnetonka MN 55305

Filed against :
Aero Upholstery & Auto Accessories
PO Box 621
Long Lake MN 55356-0621

**Complaint Description:**
Dropped off rear deck for boat to be repaired last week of April '07. Promised to have repaired 1 - 2 weeks. Called & went in numerous times asking for the boat deck, it was not ready, asked to take my stuff back and then he promised to get done. But, he didn't have ready until before July 4th holiday - 8 wks. total. Paid by ck. I left and then realized later it was not done right. Paid $473.. We stopped payment. Wood was warped and they did not replace new foam as indicated. The leather was put back on incorrectly. Sent email with pictures and our complaints. They wanted to be paid 1st and we refused. We tried to get them agree to less money for the bad repair job. They would not work with us. The owner started to harass us by phone, threatned to harm our classic car - letting us know in a scary way he knows about our assets, calling us names and stating "Your going to pay one way or another, your going to pay." Vulgar language and demeaning. I called Minnetonka police which intervened. He was instructed not to call us or he would be arrested. Aero recently sent us Jan. 08 invoice charing 18% interest which we did not agree to or sign any document stating he could charge this amount. Billing invoice is now over $1200. which he can't by law collect. He began calling again threatning at all hours. I went to his shop on 1/1/08 because he agreed to accept $500.Police officer meet me there, I tried to pay him cash and he refused the $500. He called same night at 9:30 PM, left a voice mail being rude, belitting and said he would only settle for $800. We have 2 police reports on file with the owner of this company. They will not work with a customer nor honor the repairs. We are in the process of getting a restraining order if he continues calling and threatning us.

**Your Desired Resolution:**
I want him to quit harassing us and accept the $473. just to get rid of this issue.

This case will be reviewed by a complaint specialist at the Better Business Bureau, and then forwarded to the business for their response. It is our policy to allow the business 10 working days to respond to your complaint. You will be notified when the business has responded.

What would you like to do next?
**View the status of your complaint**
**Return to the BBB Homepage BBB Privacy Policy**

*Steve Cossette*

http://stpaul.ebindr.com/complaint/new/25000875                                                             1/15/2008